No. 3914.—FARINACCI ET ALS., apdos., *v.* THE NIAGARA FIRE INSURANCE Co., aplte.—C. D. Ponce.    Cobro de póliza. Enero 28, 1927.    Vistas las mociones de la parte apelada para que desestimemos esta apelación por falta de alegato y porque el presentado después del término que tenía el apelante para radicarlo es defectuoso, y apareciendo que si bien el alegato fué presentado cuatro días después del en que debió serlo fué, sin embargo, notificado a la parte apelada antes de vencerse el término que tenía para radicarlo

y que dicho alegato no es tan defectuoso que requiera que desestimemos la apelación, *no ha lugar a lo solicitado.*